## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br><br>BULK PETROLEUM CORPORATION, INC.<br><br>Debtor. | Case No. 09-21782 |
| BULK PETROLEUM CORPORATION, INC.,<br><br>Plaintiff<br><br>Vs.<br><br>AMARJEET DHILLON.<br><br>Defendant | Adversary Case No. 10-2146 |

### JOINT MOTION TO WITHDRAW THE REFERENCE

Bulk Petroleum Corporation, Inc. ("BPC"), the plaintiff in the above named adversary proceeding, by its attorneys, Howard, Solochek & Weber, S.C., and Amarjeet Dhillon, by his attorneys Hankel, Bjelajac & Kallenbach, LLC hereby move this Court to withdraw the reference of the above captioned adversary proceeding from the bankruptcy court for the purposes of conducting a jury trial. The grounds for this motion are as follows:

1. On, March 31, 2010 the Defendant filed a Motion for Jury Trial in the above captioned

Jason Pilmaier
Jonathan H. Dudley
Howard, Solochek & Weber, S.C.
324 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Telephone: (414) 272-0760
e-mail: jpilmaier@hswmke.com

adversary.

2. The Plaintiff filed an objection and the Court held a hearing to consider the Motion for Jury trial on April 20, 2010 at which time the Court held that the Defendant is entitled to a jury trial and allowed the parties time to agree on whether the entire action would be withdrawn to the U.S. District Court.

3. The Court conducted a pretrial conference on May 10, 2010 at which time the parties informed the Court of their agreement to conduct all pretrial matters in the U.S. Bankruptcy Court for the Eastern District of Wisconsin and to withdraw the above captioned adversary proceeding to the U.S. District Court for the Eastern District of Wisconsin for purposes of conducting the jury trial.

WHEREFORE, Plaintiff Bulk Petroleum Corporation and Defendant Amarjeet Dhillon ask the Court to order that all pretrial matters in the above captioned adversary proceeding will be heard in the U.S. Bankruptcy Court and that the above captioned adversary proceeding with be withdrawn to the U.S. District Court for the purposes of conducting the jury trial as well as such other and further relief as this Court deems just and equitable.

Dated this _24th_ day of May, 2010.

HOWARD, SOLOCHEK & WEBER, S.C.
Attorneys for Bulk Petroleum Corporation, Inc.

By: _____
Jason R. Pilmaier
State Bar No. 1070638

HANKEL, BJELAJAC & KALLENBACH, LLC
Attorneys for Amarjeet Dhillon

By: _____
Robert E. Hankel
State Bar No. 1015341