**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**BULK PETROLEUM CORPORATION,**
        **Plaintiff,**

    **v.**                                        **Case No. 10C0452**

**AMARJEET S. DHILLON and**
**DAVINDER MANN,**
        **Defendant.**

---

## ORDER

    Bankruptcy Judge Susan Kelly found that adversary proceeding Case No. 10-2146 was a non-core proceeding and that defendants had a Seventh Amendment right to a jury trial. Thus I granted the parties' joint motion to withdraw the reference to the bankruptcy court for the purpose of conducting a jury trial in district court. The parties now indicate that they have settled the matter and that a trial is unnecessary. They request that the matter be returned to the bankruptcy court for presentation to the unsecured creditors and the trustee so that the settlement can be approved. Therefore,

    **IT IS ORDERED** that this matter is referred to the bankruptcy court.

    Dated at Milwaukee, Wisconsin this 20th day of June, 2011.

                                              /s_____
                                              LYNN ADELMAN
                                              District Judge